**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DEAN C. BOYD** **PLAINTIFF**

**v.** **No. 4:25CV154-MPM-JMV**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant motion to proceed *in forma pauperis* is **DENIED**. The instant case is **DISMISSED** with prejudice for failure to comply with the court's previously issued sanctions order. In light of this ruling, the following motions are **DISMISSED** as moot: (1) motion [15] for a jury trial; and (2) motion [16] for a *Spears* hearing.

**SO ORDERED**, this, the 13th day of October, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI